RUSS, AUGUST & KABAT

1  Reza Mirzaie, Esq.
   (Pro Hac Vice)
2  *rmirzaie@raklaw.com*
   Paul S. Kroeger, Esq.
3  (Pro Hac Vice)
   *pkroeger@raklaw.com*
4  Stanley H. Thompson, Jr., Esq.
   (Pro Hac Vice)
5  *sthompson@raklaw.com*
   C. Jay Chung, Esq.
6  (Pro Hac Vice)
   *jchung@raklaw.com*
7  **RUSS, AUGUST & KABAT**
   12424 Wilshire Boulevard, 12th Floor
8  Los Angeles, California 90025
   Telephone: (310) 826-7474
9  Facsimile:  (310) 826-6991

10 Mark Borghese, Esq.
   Nevada Bar No. 6231
11 *mark@borgheselegal.com*
   **Borghese Legal, Ltd.**
12 10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
13 T: (702) 382-0200
   F: (702) 382-0212
14
   Attorneys for Plaintiff
15 2-WAY COMPUTING INC.

16

17                     **UNITED STATES DISTRICT COURT**

18                          **DISTRICT OF NEVADA**

19

20 2-WAY COMPUTING, INC., a Nevada          Case No.:  **2:15-cv-02237-GMN-CWH**
   corporation,
21
                    Plaintiff,
22        v.                                **JOINT MOTION TO DISMISS**

23 CELLCO PARTNERSHIP D/B/A VERIZON
   WIRELESS INC., a Delaware corporation,
24
                    Defendant.
25

26        WHEREAS, Plaintiff 2-Way Computing, Inc. ("2-Way") and Defendant Cellco

27 Partnership d/b/a Verizon Wireless ("Verizon") have resolved 2-Way's claims for relief against

28 Verizon and Verizon's counterclaims for relief against 2-Way asserted in this case.

1    NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a) and (c), 2-Way and Verizon

2    through their attorneys of record, request this Court to dismiss 2-Way's claims for relief against

3    Verizon with prejudice and Verizon's claims, defenses or counterclaims for relief against 2-Way

4    without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party

5    incurring same.

6        Attached hereto as Exhibit 1 is a [Proposed] Order of Dismissal.

7

8    Dated:  June 1, 2016                    Respectfully submitted,

9    /s/ Mark Borghese                       /s/ Chad R. Fears
     Mark Borghese                           Chad R. Fears, Esq.
10   mark@borgheselegal.com                  Nevada Bar No. 6970
     Borghese Legal, Ltd.                    Snell & Wilmer L.L.P.
11   10161 Park Run Drive, Suite 150         3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, Nevada 89145                 Las Vegas, NV 89169
12   Telephone No.: (702) 382-0200
     Facsimile No.: (702) 382-0212
13                                           Darcy L. Jones, Esq. (pro hac vice)
                                             Marcus A. Barber, Esq. (pro hac vice)
14   Reza Mirzaie (pro hac vice)             Kasowitz, Benson, Torres
     Paul S. Kroeger (pro hac vice)          & Friedman LLP
15   Stanley H. Thompson, Jr. (pro hac vice) 333 Twin Dolphin Drive, Suite 200
     C. Jay Chung (pro hac vice)             Redwood Shores, CA 94065
16   Russ, August & Kabat                    Attorneys for Defendant
     12424 Wilshire Boulevard, 12th Floor
17   Los Angeles, California 90025
     Telephone: 310.826.7474                 Attorneys for Defendant
18
19   Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

1

**<u>CERTIFICATE OF SERVICE</u>**

I am a resident of Clark County, Nevada and am over the age of 18 years and not a party to the action. My business address is: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada, 89145.

On **<u>June 1, 2016</u>**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**EMAIL:** By transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has consented to such manner of service.

**E-FILE:** Automatically through the court's electronic filing system.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has consented to such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mark Borghese*
_____
An employee of BORGHESE LEGAL, LTD.

RUSS, AUGUST & KABAT

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Chad R. Fears<br>**Snell & Wilmer LLP**<br>3883 Howard Hughes Parkway,<br>Suite 1100<br>Las Vegas, Nevada 89169 | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |
| Darcy L. Jones, Esq.<br>Marcus A. Barber, Esq.<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065 | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# EXHIBIT 1

# EXHIBIT 1

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

2-WAY COMPUTING, INC., a Nevada
corporation,

               Plaintiff,

      v.

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS INC., a Delaware corporation,

               Defendant.

Case No.:  **2:15-cv-02237-GMN-CWH**

**[PROPOSED] ORDER OF DISMISSAL**

      Plaintiff 2-Way Computing, Inc. ("2-Way") and Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") announced to the Court that they have resolved 2-Way's claims for relief against Verizon asserted in this case and Verizon's claims, defenses and/or counterclaims for relief against 2-Way asserted in this case.  Pursuant to Fed. R. Civ. P. 41(a) & (c), 2-Way and Verizon have therefore requested that the Court dismiss 2-Way's claims for relief against Verizon with prejudice and Verizon's claims, defenses and/or counterclaims for relief against 2-Way without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

      IT IS THEREFORE ORDERED that 2-Way's claims for relief against Verizon are dismissed with prejudice and Verizon's claims, defenses and/or counterclaims for relief against 2-Way are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a) & (c).

      IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED**:

_____

UNITED STATES DISTRICT JUDGE

June 9, 2016

DATED: _____